IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION FILE NO. |
| | : | |
| MILAN PATEL | : | 1:23-cr-00126-LMM-JSA |
| | : | |
| Defendant. | : | |

## **ORDER**

Before the Court is the Parties' Joint Motion to Extend the Date of Holding the Pretrial Conference and Filing Pretrial Motions and to Set a Status Conference [ECF No. 21]. The Court has considered the Joint Motion, and being otherwise fully advised, the Motion is **GRANTED**.

( ) The delay between the original and rescheduled pretrial conferences shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq*.

( ) The delay between the original and rescheduled pretrial conferences shall not be excluded for Speedy Trail Act purposes. 18 U.S.C. § 3161, *et seq*.

1

( x) The Court finds that due to the extensive discovery in this case, it was necessary to extend the time for the Defendant to file pretrial motions, and accordingly, postpone the holding of the initial pretrial conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and defendant in the speedy resolution of this matter, and thus the Clerk is directed to count as excusable any delay occurring in extending the motions deadline and the holding of the pretrial conference. 18 U.S.C. § 3161, *et seq*. Specifically, defense counsel need more time to recover from a medical procedure, government counsel has a trial in another court matter, and the parties need more time for plea negotiations, defense counsel

Therefore, the pretrial teleconference shall be rescheduled to held on **Thursday, August 22, 2024.** Pretrial motions shall be due on or before **August 19, 2024.**

This 12th day of July, 2024.

*Justin S. Anand*
**JUSTIN S. ANAND**
**UNITED STATES MAGISTRATE JUDGE**

cc:    counsel of record